JON M. SANDS
Federal Public Defender
**WALTER I. GONÇALVES, JR.**
Assistant Federal Public Defender
State Bar No. 023659
407 W. Congress St., Suite 501
Tucson, AZ 85701
Telephone: (520) 879-7500
*walter_goncalves@fd.org*
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR11-1161-TUC-RCC (LAB) |
|---|---|
| Plaintiff, | MOTION TO CONTINUE DISPOSITION |
| vs. | |
| Jason Joseph Wilson, | (First Request) |
| Defendant. | |

Defendant Jason Joseph Wilson, by and through counsel undersigned, hereby requests a **45-day** continuance of the Final Disposition currently scheduled for 9:10 a.m., March 16, 2020, before the Honorable Raner C Collins. Counsel is needs more time to prepare for the dispositon.

Assistant United States Attorney Anna R Wright, has been contacted and does not object to this request.

RESPECTFULLY SUBMITTED this 12th day of March, 2020.

JON M. SANDS
Federal Public Defender

*/s/ Walter I. Gonçalves, Jr.*
WALTER I. GONÇALVES, JR.
Assistant Federal Public Defender

Copy of the foregoing has been provided
by electronic transmittal via the CM/ECF System:

Anna R Wright
Assistant United States Attorney